❏ Original      ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Jan 05, 2023
s/ LauraCronin
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   23-808M(NJ) |
| a USPS Parcel assigned tracking number 9505 5132 4864 2340 9334 93 | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     **Eastern**     District of     **Wisconsin**
*(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PARCEL is described as a 8.625" x 5.375"" x 1.625", a white small USPS flat rate box colored United States Postal Service branded "Priority Mail" small flat rate box, and bearing USPS Priority Mail "2-Day" parcel number 9505 5132 4864 2340 9334 93.  The SUBJECT PARCEL is addressed from, "Nicolas Bunbeez 1305 Fairway Avenue, Ormond Beach Florida."  The SUBJECT PARCEL's handwritten label is addressed to "Mr David Kim 1621 Bartow Rd, McKinlyville CA 95519."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution and possession with intent to distribute a controlled substance, conspiracy to distribution and possession with intent to distribute a controlled substance, and unlawful use of a communication facility (including the mails) to facilitate the distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 846 and 843(b).

**YOU ARE COMMANDED** to execute this warrant on or before     1/19/2023     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Nancy Joseph    .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for     days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of     07/03/2023    .

Date and time issued:    1/5/2023 @ 8:12 a.m.

*Judge's signature*

City and state:    Milwaukee, Wisconsin            Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 23-808 M | Date and time warrant executed: 1/5/2023 11:00 am | Copy of warrant and inventory left with: Nicolas Bunbecz |
|---|---|---|

Inventory made in the presence of :
USPIS INSP. KIM LINCOLD

Inventory of the property taken and name(s) of any person(s) seized:

$ 1,500 in US CURRENCY, evidence of DRUG trafficking.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/2023

_____
Executing officer's signature

Mitchell G Ward S/A
_____
Printed name and title

CLERK'S OFFICE
A TRUE COPY
Jan 05, 2023
s/ LauraCronin
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.    23-808M(NJ)
)
**a USPS Parcel assigned tracking number** )
**9505 5132 4864 2340 9334 93** )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a USPS Parcel assigned tracking number 9505 5132 4864 2340 9334 93 addressed to "Mr David Kim 1621 Bartow Rd, McKinlyville CA 95519."

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized)*:

controlled substance, fruits of crime, or other evidence of conspiracy to and distribution and possession with intent to distribute a controlled substance and unlawful use of a communication facility to distribution of a controlled substance.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 and 843(b). | Conspiracy to and distribution and possession with intent to distribute a controlled substance and unlawful use of a communication facility to distribution of a controlled substance. |

The application is based on these facts:

Please see attached affidavit, which is hereby incorporated by reference.

☐ Continued on the attached sheet.

☑ Delayed notice of __180__ days *(give exact ending date if more than 30 days:* __07/03/2023__ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Mitchell Ward, TFO USPIS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of *Fed. R. Crim. P.* 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: ___1/5/2023___

_____
*Judge's signature*

City and state:   Milwaukee, Wisconsin         Nancy Joseph, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Mitchell G Ward, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a state certified law enforcement officer employed as a Special Agent with the Wisconsin Department of Justice, Division of Criminal Investigation, (DCI) and have been a sworn officer in the State of Wisconsin for over 30 years. I am currently assigned to DCI's Milwaukee Field Office, Narcotics Bureau. I am also a federally deputized task force officer for the United States Postal Inspection Service ("USPIS"). As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

3. I have participated in numerous complex narcotics investigations which involved violations of state and federal controlled substances laws and money laundering laws including Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 1956 and 1957, and other related offenses. I have had both formal training and have participated in numerous complex drug trafficking investigations, including ones using wiretaps. More specifically, my training and experience includes the following:

a.      I have utilized informants to investigate drug trafficking.  Through informant interviews, and extensive debriefings of individuals involved in drug trafficking, I have learned about the manner in which individuals and organizations distribute controlled substances in Wisconsin and throughout the United States;

b.      I have also relied upon informants to obtain controlled substances from dealers, and have made undercover purchases of controlled substances;

c.      I have extensive experience conducting street surveillance of individuals engaged in drug trafficking.  I have participated in the execution of numerous search warrants where controlled substances, drug paraphernalia, and drug trafficking records were seized;

d.      I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine.  I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale.  I know the street values of different quantities of the various controlled substances;

e.      I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;

f.      I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

g.      I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

h.      I have been assigned to court-authorized wiretaps and have been trained to operate the equipment utilized to conduct such operations;

i.      I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking; and

j.      I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry.  I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials.

4.      Based on my training, experience and discussions with United State Postal Inspectors and North Central (formerly Wisconsin) High Intensity Drug Trafficking Area-HIDTA

drug task force officers, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

5.    The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.    I am currently participating in an investigation of a large-scale marijuana drug trafficking organization ("DTO") led by Joseph Huang who trafficking's controlled substances from California throughout the United States. I am familiar with the facts and circumstances regarding this investigation as a result of my personal participation in this investigation, and my knowledge of: (a) consensually recorded telephone conversations and face-to-face meetings; (b) reports prepared by, and information obtained from, other federal, state, and local law enforcement agents and officers, all of whom I believe to be truthful and reliable; (c) court authorized forensic extractions of DTO members' cellular phones; and (d) information obtained from cooperating defendants and confidential sources, whose reliability is established herein.    This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.    Based on the facts set forth in this affidavit, there is probable cause that the possible crimes of distribution and possession with intent to distribute controlled substances and conspiracy to distribute and possess with the intent to distribute controlled substances, and unlawful use of a communication facility (including the mails) to facilitate the distribution of a controlled substance,

all in violation of Title 21 United States Code Sections 841(a)(1), 843(b), and 846, have been committed by, Joseph HUANG, Alexander CRAWFORD, and Andrew CRAWFORD, and other known and unknown individuals.

## PURPOSE OF AFFIDAVIT

8.      This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).  To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

9.      This affidavit is made in support of an application for a Federal Search and Seizure Warrant for a USPS Priority Mail piece (**SUBJECT PARCEL**).  The **SUBJECT PARCEL** is described as a 8.625" x 5.375"" x 1.625**"**, a white small USPS flat rate box colored United States Postal Service branded "Priority Mail" small flat rate box, and bearing USPS Priority Mail "2-

Day" parcel number 9505 5132 4864 2340 9334 93.  The **SUBJECT PARCEL** is addressed from, "Nicolas Bunbeez 1305 Fairway Avenue, Ormond Beach Florida."  The **SUBJECT PARCEL's** handwritten label is addressed to "Mr David Kim 1621 Bartow Rd, McKinlyville CA 95519."

## INVESTIGATION OF THE SUBJECT PARCEL

10.     On December 6, 2022, Case agents conducted an interview of CI 3567 regarding an ongoing narcotics investigation involving a poly drug, nationwide DTO that utilizes various methods in trafficking narcotics across the country. The DTO has used the United States Postal Service (USPS) to transport narcotics. Case agents have executed warrants upon USPS packages related to this investigation that have yielded seizures of narcotics. CI 3567 stated that an individual known to CI 3567 as Joseph HUANG currently lives in California. CI 3567 has been purchasing high grade marijuana from HUANG during the past six months. HUANG uses the USPS to ship the marijuana to CI 3567 at several address in the greater Milwaukee area. CI 3567 would then mail bulk cash to HUANG in California. CI 3567 stated that HUANG instructed CI 3567 to mail the cash to "David Kim" at the address of 1621 Bartow Rd located in McKinlyville, California. CI 3567 met HUANG via an encrypted messaging platform and would communicate with HUANG by making Facetime video calls. C1 3567 stated that HUANG and CI 3567 used these platforms to thwart law enforcement.

11.     CI 3567 is credible and reliable because CI 3567 has provided intelligence concerning drug trafficking activities that has been independently corroborated this investigation.  CI 3567 has also made statements against his/her own penal interests.  CI 3567 has an adult felony drug conviction and felony theft conviction. CI 3567 has an adult misdemeanor resisting/obstructing conviction and misdemeanor drugs convictions.  CI 3567 is cooperating with law enforcement in exchange for consideration regarding felony drug trafficking offenses.

12.     Case agents examined USPS records and located three parcels being sent to addresses associated with CI 3567 between November 2, 2022 and November 8, 2022. CI 3567 confirmed that those packages contained high grade marijuana purchased from Joseph HUANG. CI 3567 also confirmed a package located going to "*Joseph H*" at 1621 Bartow Rd, McKinleyville, California contained bulk cash, as payment for marijuana sent to CI 3567 via the USPS.  Case agents reviewed USPS databased and located a total of three parcels being mailed to 1621 Bartow Rd located in McKinlyville, California from Milwaukee, Wisconsin between October 18, 2022 and November 3, 2022.

13.     Case agents discovered that the same Internet Protocol (IP) address  of IP 47.208.2.145 had tracked multiple packages identified by CI 3567.

14.     Based on my training and experience, I know an IP address is an unique string of characters that identifies a connection to a device network that uses the IP for communication.  An IP address serves two main functions: network interface identification and location addressing. I know that a modem which connects to the internet has an outward-facing IP address, which is a unique location on the internet.  I know a computer/device may be connected to the modem and/or a router through the use of a "hard-line" wire and that the modem/router is able to determine how a particular computer/device is connected to it.  A modem/router would be able to communicate this type of connection back to the internet.  In addition to a "hard-line" connection, an electronic device could be connected to a modem/router through Wi-Fi without the use of "wired" connection.  Electronic devices, like cellphones, computers and tablets, can connect to the internet through the modem located at the premises which shows the IP address associated with the premises.

15. IP address 47.208.2.145 tracked the parcels as they traveled through the mail from HUANG in California to CI 3567's in the Eastern District of Wisconsin. CI 3567 stated that parcels sent to 3041 South 56th Street, Apt 33, Milwaukee WI from Joseph HUANG contained high grade marijuana. Case agents located two parcels being send from Arcata, CA on November 8, 2022, to 3041 South 56th Street, Apt 33, Milwaukee, WI 53219. Case agents reviewed USPS database, which indicated the two parcels were delivered. These two parcels were being tracked by IP address 47.208.2.145.

16. Further, case agent reviewed USPS database which indicated the three parcels being mailed to 1621 Bartow Rd located in McKinlyville, California from Milwaukee, Wisconsin between October 18, 2022 and November 3, 2022 were also being tracked by IP address 47.208.2.145.

17. Case agents reviewed USPS database regarding the IP address 47.208.2.145 from California that was tracking parcels described by CI 3567 that contained narcotics and cash. On December 9, 2022, case agents learned that the **SUBJECT PARCEL** being mailed from Florida to California was also being tracked by IP address 47.208.2.145. A further review of USPS databases indicated that the IP address 47.208.2.145 had tracked other suspicious parcels mailed from California to locations throughout the United States including Arizona, Kansas, and Florida. Case agents reviewed USPS database, which indicated 1621 Bartow Road, McKinlyville, CA had received six suspicious USPS retail priority parcels from Florida since August 2022. The last of the parcels was sent on December 14, 2022. Case agents identified these parcels as being consistent with parcels CI 3567 described were sent from CI 3567 to HUANG with bulk cash payments for narcotics inside.

18.     The **SUBJECT PARCEL** is described as a 12.5" L x 9.5" W x 2.0" H, a white colored United States Postal Service branded "Priority Mail" small flat rate box and bearing USPS Priority Mail "2-Day" parcel number 9505 5132 4864 2340 9334 93.  The **SUBJECT PARCEL** is addressed from, "Nicolas Bunbeez 1305 Fairway Avenue, Ormond Beach, Florida."  The **SUBJECT PARCEL's** handwritten label is addressed to "Mr David Kim 1621 Bartow Rd, McKinlyville CA 95519." The same name and address HUANG instructed CI 3567 to mail the cash to for the controlled substances mailed.  Case agents were notified that the **SUBJECT PARCEL** was in the mail stream and had not been delivered yet.

19.     On December 14, 2022, USPS customer service received a phone call from a customer regarding the **SUBJECT PARCEL.**  The caller identified himself as Nicolas Bunbezz.  When asked for his telephone number, the caller stumbled, but provided phone number of 904-710-9538.  When asked for the caller's address, he again stumbled but provided 1305 Fairway Ave., Ormond Beach, FL 32174.  The caller was also asked about an email address, but did not provide one to USPS customer service.  Case agents were unable to locate any records for a Nicolas Bunbeez in law enforcement data bases.  Further, "Nicolas Bunbeez" has never received a mail at 1305 Fairway Avenue, Ormond Beach, FL 32174.  Case agents are aware that Postal based drug traffickers often provided fictious names when moving narcotics across the county using the USPS.

20.     On December 15, 2022, the **SUBJECT PARCEL** addressed to "Mr. David Kim" 1621 Bartow Rd, McKinlyville, CA 95519 arrived at the Milwaukee Processing and Distribution Center in Milwaukee, WI.  This **SUBJECT PARCEL** was diverted to Milwaukee in furtherance of this investigation.  A check of law enforcement data bases shows that 904-710-9538, the number

provided by "Nicolas Bunbeez" is associated with Sui Par (DOB XX/XX/1996) of 3603 West Congress St #144C, Lafayette, LA 70506.

21.     Examination of the exterior of the box revealed the parcel was addressed in a handwritten manner.  The parcel was specifically addressed in the following manner:

        From:       Nicolas Bunbeez
                    1305 Fairway Ave.
                    Ormond Beach, FL 32174

        To:         Mr David Kim
                    1621 Bartow Rd
                    McKinlyville, CA 95519

22.     Case agents discovered that there have been 24 electronic inquiries were made regarding the **SUBJECT PARCEL**, between December 10, 2022, through December 22, 2022. Eight different IP addresses quired the **SUBJECT PARCEL,** including IP address 47.208.2.145 with the last query occurring on December 22, 2022**.** It is common practice for Postal based drug traffickers to electronically track their drug shipments. Drug traffickers will often not accept late packages fearing their illegal activity has been discovered by law enforcement.

23.     I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

24.     The **SUBJECT PARCEL** is currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

25.     Case agents believe this parcel relates to an ongoing investigation.  Given the circumstance in the investigation, case agents will unlikely conduct an undercover controlled

delivery regarding the **SUBJECT PARCEL**.  Therefore, it is respectfully requested that this Court issue an order pursuant to Title 18 U.S.C. § 3103a(b), finding that immediate notification may have an adverse result listed in Title 18 U.S.C.§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized for a period up to 180 days, unless an extension is requested.  I believe that immediate notification of the contents of this affidavit and related documents may have a significant and negative impact the investigation into Postal based drug trafficking and may severely jeopardize its effectiveness.